UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SHANTE STARKS,**

   *Plaintiff*,

v.                                              Case No.: 4:22-cv-00181-MW-MAF

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES,**

   *Defendant.*
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff respectfully informs this Court that this matter settled at mediation. Plaintiff respectfully requests that this Court dismiss this action, order the parties to comply with the terms of their settlement agreement, and retain jurisdiction as appropriate to enforce the terms of the agreement.

Respectfully submitted,

   */s/ Jim Garrity*
Jim Garrity (FBN 539211)
203 North Gadsden Street
Tallahassee, FL    32301
Telephone:  (850) 383-4800
Facsimile:   (850) 383-4801